SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Lionel B. Kyles
Plaintiff

v. CASE NO. 3:19CV440 TSL-RHW

Hinds County Detention Division Services
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Lionel Bruce Kyles

B. Name under which sentenced: Lionel Bruce Kyles

C. Inmate identification number: 77000-74703

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 407 East Pascagoula Street, Jackson, MS 39201

E. Place of confinement: Hinds County Detention Center (JDC)

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Hinds County Detention Division Services

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd. Raymond, MS 30154

Name: Victor P. Mason

Title (Superintendent, Sheriff, etc.): Sheriff

Defendant's mailing address (street or post office. box number, city, state, ZIP) 1450 County Farm Rd.
Raymond, MS 30154

Name: R. Fielder

Title (Superintendent, Sheriff, etc.): Warden

Defendant's mailing address (street or post office box number, city, state, ZIP) 1450 County Farm Rd.
Raymond, MS 30154

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): ______

Defendant(s): ______

B. Court: ______ C. Docket No.: ______

D. Judge's Name: ______ E. Date suit filed: ______

F. Date decided: ______ G. Result (affirmed, reversed, etc.): ______

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☐ Yes ☑ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

I have been given a hard time getting things done through the grievance system for legal, institutional, and medical issues.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On April 26, 2019, I, Lionel B. Kyles, was Attacked/Assaulted by several inmates in the Hinds County Detention Center in Raymond on A-Pod, Zone A-2. My ribs were broken and lung was punctured causing life threatening injuries. I was hospitalized for several days because of this incident and also got a few of my teeth broken. The Hinds County Sheriff's Department Detention Division Services purpose is to provide the highest degree of security for citizens of the State of Mississippi, County of Hinds, and safety for both the inmates and staff. They also state that inmates shall not leave the facility any worse physically, emotionally, or psychologically than when they entered, insuring a safe and secure enviroment. I also asked Warden Fielder the day before this incident occured to move me from zone A-2 to another housing unit and he did not.

I also named Sheriff Mason because I feel he is responsible for the correct operations of the Hinds County Facilities I have been housed in where my life, safety, and well being were/was jeopardized.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I would like the court to sue the Hinds County Detention Division Services, Sheriff Victor P. Mason, and Warden R. Fielder, on my behalf, for the ammount of $1,300,000 for the injuries obtained, and the pain and suffering I will have to live with for the rest of my life because of this incident that occured while under their supervision.

This Complaint was executed at (location): Hinds County Detention Center (Jackson)

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 5/22/2019

L.B. Kyler

Plaintiff's Signature